IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION, | ) | |
| | ) | C.A. No: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JR LEAR 60-099, LLC, J.B. HUNT, LLC, | ) | |
| PINNACLE AIR, LLC, JET RIDE, INC., | ) | |
| ROBERT B. THORNTON, and | ) | |
| BILL W. SCHWYHART, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

CENTER CAPITAL CORPORATION ("CENTER CAPITAL") by and through counsel, and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 hereby certifies as follows:

CENTER CAPITAL is a wholly owned subsidiary of Webster Bank, National Association. Webster Financial Corporation is the holding company for Webster Bank, National Association.

Dated: August 12, 2008

Respectfully Submitted,
SEITZ, VAN OGTROP & GREEN, P.A.

_____
R. Karl Hill, Esq. (DE #2747)
Kevin A. Guerke, Esq. (DE #4096)
222 Delaware Avenue, Ste. 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

*Of Counsel*:
Dennis A. Dressler, Esq.
Dressler | Peters, LLC
111 W. Washington, Suite 1900
Chicago, Illinois 60602
Phone: (312) 602-7360

*Attorneys for Center Capital Corporation*

66307v1