## SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-0600
Writer's E-Mail Address: dclack@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

January 3, 2005

**Via Fax 573-6451**
United States District Court
Office of the Clerk
844 King Street
Wilmington, DE 19801

Attention: Betty (Clerk of the Court)

    *RE:*    *Center Capital Corporation v. JR Lear 60-099, LLC et al.,*
             *C. A. No.: 08-508*

Dear Betty:

    Following our discussion today, Plaintiff Center Capital, by and through the undersigned, respectfully requests that this matter be assigned to the Duty Judge especially as it relates to the Motion to Replevy Collateral, a Lear Jet, Model 60. As stated in the Complaint, and attached Verification of a Vice President of Center Capital, the aircraft is highly mobile and at risk of destruction, and the Defendants have refused to surrender and return it.

                                         Respectfully yours,

                                         R. Karl Hill (DE #2747)

RKH/cmd

66324 v1