IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | ) |
| | ) C.A. No: 08-508 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JR LEAR 60-099, LLC, J.B. HUNT, LLC, | ) |
| PINNACLE AIR, LLC, JET RIDE, INC., | ) |
| ROBERT B. THORNTON, and | ) |
| BILL W. SCHWYHART, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF REPELVIN

Coming before this Court on CENTER CAPITAL CORPORATION'S ("CENTER CAPTIAL") Motion for Order of Replevin (the "Motion"), all interested parties having received due and proper notice of the Motion, the Court upon due consideration of the pleadings and related affidavits and arguments of counsel, finds that CENTER CAPITAL is entitle to the relief requested on this Motion, therefore:

IT IS HEREBY ORDERED THAT:

Order of Replevin is hereby entered in favor of CENTER CAPITAL and against Defendants JR LEAR 60-099, LLC, J.B. HUNT, LLC, PINNACLE AIR, LLC, JET RIDE, INC., ROBERT B. THORNTON, and BILL W. SCHWYHART directing said defendants to turn over possession of the Aircraft identified in Exhibit 1 attached hereto to a designated representative of Center Capital immediately but no later than twenty-four (24) hours of the date of this Court's Order in good air worthy condition and issue a writ of replevin ordering the United States Marshall or the sheriff of any district or county where the Aircraft can be found and to use all reasonable and necessary force to obtain possession of the Aircraft and in the event that the

66306v1

Aircraft cannot be located, require the individual defendants and designated corporate representatives of the corporate defendants to appear before this Court to Answer for the Aircraft's whereabouts and if the Aircraft is not returned, enter judgment in favor of Center Capital and against Defendants JR LEAR 60-099, LLC, J.B. HUNT, LLC, ROBERT B. THORNTON, and BILL W. SCHWYHART jointly and severally for the fair market value of the Aircraft not returned plus interest, costs and attorneys' fees.

ENTERED August 14, 2008

_____
United States District Court Judge

2

## EXHIBIT 1 TO THE ORDER OF REPLEVIN

| | |
|---|---|
| Airframe Make and Model | Learjet, Inc. Model 60 |
| United States Registration Model | N60AN |
| Airframe Manufacturer's Serial Number | 099 |
| Engine Make and Model | Pratt & Whitney of Canada Model 305A |
| Engine Manufacturer's Serial Numbers | PCE-CA0028 & PCE-CA0032 |
| Avionics | VHF COMM — DUAL VHR-422<br>VHF NAV — DUAL VIR-432<br>F/D SYS — AMS-850<br>A/P — AMS-850<br>TRANSPONDERS — DUAL TDR-94D<br>ADF — DUAL ADF462<br>FMS — DUAL FMS-850<br>GPS — GPS 4000<br>HF — KHF-950<br>DME — DUAL DME-422<br>EFIS — PROLINE 4<br>RADAR — RTA-844<br>RAD ALT — SINGLE ALT-55B<br>TCAS — TIR-920<br>TAWS — KGP-860 CLASS B<br>CVR — CVR-30A<br>FDR — N/A |

66306v1