IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | ) |
| | ) C.A. No: 08-508 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JR LEAR 60-099, LLC, J.B. HUNT, LLC, | ) |
| PINNACLE AIR, LLC, JET RIDE, INC., | ) |
| ROBERT B. THORNTON, and | ) |
| BILL W. SCHWYHART, | ) |
| | ) |
| Defendants. | ) |

**WRIT OF REPLEVIN**

To the Marshall of the United States:

YOU ARE HEREBY ORDERED TO:

Take the specified property of the Defendants Jr. Lear 60-699 LLC, J.B. Hunt, LLC, Pinnacle Air, LLC, Jet Ride, Inc., Robert B. Thornton and Bill W. Schwyhart that may be found in your district and described as follows:

The Aircraft identified in Exhibit 1 attached hereto; and deliver the same to the Plaintiff, CENTER CAPITAL unless such Defendants execute a bond and security in double the value of the property described herein in which case you shall return said bond so taken, together with this order to the Clerk of the Court, and that you summon said Defendants to answer the Complaint of the Plaintiff in this cause by filing an answer or appearance with the clerk of the court at US District Court for the District of Delaware, 844 North King Street, Room 4209, Wilmington, Delaware 19801 on or before September 15, 2008 or in case the property or any part thereof is not found to answer the Plaintiff for the value of the same.

August 14, 2008
Date

_Joseph J. Farnan Jr._
United States District Court Judge

66305v1

## EXHIBIT 1 TO THE WRIT OF REPLEVIN

| | |
|---|---|
| Airframe Make and Model | Learjet, Inc. Model 60 |
| United States Registration Model | N60AN |
| Airframe Manufacturer's Serial Number | 099 |
| Engine Make and Model | Pratt & Whitney of Canada Model 305A |
| Engine Manufacturer's Serial Numbers | PCE-CA0028 & PCE-CA0032 |
| Avionics | VHF COMM — DUAL VHR-422<br>VHF NAV — DUAL VIR-432<br>F/D SYS — AMS-850<br>A/P — AMS-850<br>TRANSPONDERS — DUAL TDR-94D<br>ADF — DUAL ADF462<br>FMS — DUAL FMS-850<br>GPS — GPS 4000<br>HF — KHF-950<br>DME — DUAL DME-422<br>EFIS — PROLINE 4<br>RADAR — RTA-844<br>RAD ALT — SINGLE ALT-55B<br>TCAS — TIR-920<br>TAWS — KGP-860 CLASS B<br>CVR — CVR-30A<br>FDR — N/A |