AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION, | ) | |
| Plaintiff | ) | 0 8 – 5 0 8 |
| v. | ) | Civil Action No. _____ |
| JR LEAR 60-099, LLC, et al., | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    JR Lear, LLC and Pinnacle Air, LLC
    c/o Registered Agent Corporation Service Company
    2711 Centerville Road, Ste. 400
    Wilmington, DE 19808

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
_____
Name of clerk of court

*E Strickl___*
_____
Deputy clerk's signature

Date: __8/12/08__

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 8/13/08 |
|---|---|
| NAME OF SERVER (PPJNT) KEVIN S. DUNN | TITLE          SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

☒  Other (specify):   SERVED:  PINNACLE AIR, LLC  C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD. WILMINGTON, DE   COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/13/08
_____          _____
        Date                              *Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.