AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| CENTER CAPITAL CORPORATION, )<br>Plaintiff )<br>v. )<br>JR LEAR 60-099, LLC et al., )<br>Defendant ) | Civil Action No. ___08-508___ |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Jet Ride, Inc.
7250 Star Check Drive
Columbus, OH  43217

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Karl Hill, Esq (DE #2747)
Kevin A. Guerke, Esq. (DE #4096)
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500, P.O. Box 68 Wilmington, DE  19899

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

Name of clerk of court

Date: __8/13/08__

*E. Shuck*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __8-14-08__,
by: __Fed Ex.__

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

✓ (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
__Jet Ride C/o Simone Baker H.R., authorized to accept__;

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: __8-22-08__

Server's signature: __Bob Bateman__

Printed name and title: __Bob Bateman__

PRO-SERVE INC
4456 WINCHESTER SOUTHERN RD,
CANAL WINCHESTER, OH 43110

Server's address

Subscribed & sworn to before me this __22__ day of __AUG__, 20__08__

Notary Public   Comm. Exp.
(SEAL)

LEIGH R. CROSBY
Notary Public, State of Ohio
My Commission Expires Dec. 22, 2012