IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 08-508-LPS-MPT |
| JR LEAR 60-099, LLC; J.B. HUNT, LLC; PINNACLE AIR, LLC; JET RIDE, INC.; ROBERT B. THORNTON; and BILL W. SCHWYHART | : | |
| Defendants. | : | |

## ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 103) dated July 23, 2010, concerning a Motion For Determination Of Damages And Final Summary Judgment filed by Plaintiff Center Capital Corporation (D.I. 73);

WHEREAS, the Report recommends that judgment be entered in favor of Plaintiff in the amount of $3,760,134.64 against Defendants Robert B. Thornton and Bill W. Schwyhart, with interest at the daily rate of $1,585.36 continuing to accrue until final judgment is entered, plus attorneys' fees and costs as of May 28, 2010 in the amount of $108,750;

WHEREAS, any Objections to the Report and Recommendation were to be filed by August 9, 2010;

WHEREAS, neither party has filed Objections to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge in her Report and Recommendation (D.I. 103);

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 103) is **ADOPTED**.

Dated: September 10, 2010

_____
The Honorable Leonard P. Stark
UNITED STATES DISTRICT JUDGE